**2017–0182. State v. Castagnola.**
Summit App. No. 26185. Motion to remand denied as moot.

**2017–0209. Dept. of Natural Resources v. Thomas.**
Mercer App. No. 10–16–05, 2016-Ohio-8406. Motion for stay denied as moot.

**2016–1130. Hixon v. Gipson.**
Hamilton App. Nos. C–150767 and C–150768. Reported at 147 Ohio St.3d 1506, 2017-Ohio-261, 67 N.E.3d 823. On motion for reconsideration. Motion denied.

FISCHER and DEWINE, JJ., not participating.

**2016–1268. Snowden v. Ekeh.**
Montgomery App. No. 26688, 2016-Ohio-4976. Reported at 148 Ohio St.3d 1415, 2017-Ohio-664, 70 N.E.3d 599. On motion for reconsideration. Motion denied.

**2016–1327. State v. Davic.**
Franklin App. No. 15AP–1000, 2016-Ohio-4883. Reported at 147 Ohio St.3d 1508, 2017-Ohio-261, 67 N.E.3d 824. On motion for reconsideration. Motion denied.

**2016–1701. State ex rel. Ebersole v. Powell City Council.**
In Mandamus. Reported at __ Ohio St.3d __, 2017-Ohio-509, __ N.E.3d __. On motion for reconsideration. Motion denied.